# EXHIBIT 1

1  John K. Rubiner - State Bar No. 155208
   jkr@birdmarella.com
2  Michelle C. Tam – State Bar No. 248628
   mct@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS & LINCENBERG, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067
5  Telephone:  (310) 201-2100
   Facsimile: (310) 201-2110
6
   Richard H. Chapman – Illinois Bar No. 6203811
7  rchapman@clarkhill.com
   Admitted *pro hac vice*
8  Leslie Gutierrez – Illinois Bar No. 6306080
   lgutierrez@clarkhill.com
9  Admitted *pro hac vice*
   CLARK HILL PLC
10 150 N. Michigan Avenue, Suite 2700
   Chicago, IL  60601
11 Telephone:  (312) 985-5900
   Facsimile:  (312) 985-5919
12 Counsel for Plaintiff, Jason A. Perlow

13
14              **UNITED STATES DISTRICT COURT**
15    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

16 JASON A. PERLOW,                    Case No. CV 13-00749-ODW
                                       (SHx)
17        Plaintiff,

18    v.                              **[PROPOSED] AGREED
                                       ORDER DISMISSING**
19 PERRY MANN,                        **ACTION AGAINST PERRY
                                       MANN WITH PREJUDICE**
20        Defendant.

21
22        Upon consideration of the parties' Joint Stipulation to the entry of an order

23 dismissing the Action against Perry Mann with prejudice,

24        IT IS HEREBY ORDERED that:

25        1. The Action against Perry Mann is hereby dismissed with prejudice and

26           without costs and with the Court retaining jurisdiction to enforce the

27                              [Proposed] Agreed Order Dismissing Action
28                                          1

200150284.1 28031/155991

1  terms of the Parties' Settlement Agreement and Mutual General Release
2  dated April _____, 2014.

3

4  SO ORDERED this ____ day of April, 2014

5

6  _____
7  OTIS D. WRIGHT II
   United Stated District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  [Proposed] Agreed Order Dismissing Action
28                                    2