John K. Rubiner - State Bar No. 155208
jkr@birdmarella.com
Michelle C. Tam – State Bar No. 248628
mct@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS & LINCENBERG, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067
Telephone:  (310) 201-2100
Facsimile: (310) 201-2110

Richard H. Chapman – Illinois Bar No. 6203811
rchapman@clarkhill.com
Admitted *pro hac vice*
Leslie Gutierrez – Illinois Bar No. 6306080
lgutierrez@clarkhill.com
Admitted *pro hac vice*
CLARK HILL PLC
150 N. Michigan Avenue, Suite 2700
Chicago, IL  60601
Telephone:  (312) 985-5900
Facsimile:   (312) 985-5919
Counsel for Plaintiff, Jason A. Perlow

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JASON A. PERLOW,<br><br>                  Plaintiff,<br><br>      v.<br><br>PERRY MANN,<br><br>                  Defendant. | Case CV 13-00749-ODW (SHx)<br><br>**AGREED ORDER DISMISSING ACTION AGAINST PERRY MANN WITH PREJUDICE** |

Upon consideration of the parties' Joint Stipulation to the entry of an order dismissing the Action against Perry Mann with prejudice,

IT IS HEREBY ORDERED that:

1. The Action against Perry Mann is hereby dismissed with prejudice and
   without costs and with the Court retaining jurisdiction to enforce the

[Proposed] Agreed Order Dismissing Action

1

terms of the Parties' Settlement Agreement and Mutual General Release dated April 10, 2014.

SO ORDERED this 11th day of April, 2014

_____
OTIS D. WRIGHT II
United Stated District Judge

[Proposed] Agreed Order Dismissing Action

2